**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| KIMBERLY LOGAN, | Civil No. 1:25-cv-01176-MIS-KRS |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT TRANS UNION, LLC.** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, NATIONAL CREDIT SYSTEMS, INC., and TRANS UNION, LLC, | |
| Defendants. | |

## ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT TRANS UNION, LLC.

Pursuant to the Stipulation of Dismissal as to Defendant Trans Union, LLC, filed on April 22, 2026 (ECF No. 41),

IT IS SO ORDERED that Plaintiff's claims against Defendant, Trans Union, LLC, are dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE